UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOVE,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>WISEMAN,<br><br>　　　　　Appellee. | Case No. 15-cv-03884-BLF<br><br>**ORDER DIRECTING CLERK TO SEND CLERK'S NOTICE OF BRIEFING TO APPELLEES AND SETTING BRIEFING SCHEDULE** |

On August 25, 2015, Lee Ann Love ("Appellant") filed a notice of appeal. ECF 1. Appellant's notice of appeal included a proof of service which listed the attorney for debtors as Michael Schad and his address as 2100 Garden Rd., #C-315, Monterey, CA 93940. ECF 1-1 at 4. Pursuant to Appellant's notice of appeal, the Clerk listed Michael Schad as the attorney of record for Johnny Oliver Wiseman, Vicki Lynn Wiseman, and the Trustees of the Wiseman Family Trust 2002. Mail sent to Michael Schad has been returned as undeliverable. ECF 9, 10.

Appellant's notice of appeal also included the docket sheet from the U.S. Bankruptcy Court adversary proceeding. ECF 3. The docket sheet indicates that Michael Schad does not represent Johnny Oliver Wiseman, Vicki Lynn Wiseman, and the Trustees of the Wiseman Family Trust 2002. ECF 1-3 at 14. Instead, these parties appeared pro se in the adversary proceeding and listed the following addresses of record: Johnny Oliver Wiseman, 212 Bonn Rd., Seaside, CA 93955; Vicki Lynn Wiseman, 660 Wahl Ct., Marina, CA 93933; John O. Wiseman and Vicki L. Wiseman Trustees of the Wiseman Family Trust 2002, 212 Bonn Rd., Seaside, CA 93955. *Id*. The Court also notes that the address listed on the State Bar of California's website for attorney Michael Schad is 150 Bambi Dr., Whitehorn, CA 95589.

Accordingly, the Clerk is DIRECTED to re-send the Initial Case Management Scheduling Order at ECF 2, the Clerk's Notice of Briefing at ECF 5, and this order to the addresses listed for the parties on the U.S. Bankruptcy docket sheet and to the address for attorney Michael Schad listed on the State Bar of California's website.  The Court RESETS the briefing schedule on Appellant's appeal.  Appellees' brief is due **on or before** December 2, 2015.  The Appellant's reply brief is due **on or before** December 16, 2015.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge